UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA OWENS, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:11CV773 JCH (MLM) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant(s). | ) |

**ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler, filed May 14, 2012.  (ECF No. 19).  See 28 U.S.C. § 636.  In her report, Magistrate Judge Medler recommends that the Court affirm the decision of the Commissioner and dismiss Plaintiff's Complaint with prejudice.  Neither party has filed objections to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings and will adopt the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 19) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

- 2 -

Dated this  4th  day of June, 2012.

                                      /s/Jean C. Hamilton
                                      UNITED STATES DISTRICT JUDGE